IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUTA KRETULSKIE, :
:
      Plaintiff, : 3:18-CV-1357
  v. : (JUDGE MARIANI)
:
MADISON NATIONAL LIFE :
INSURANCE COMPANY, INC., :
ENCORE UNLIMITED, LLC, and :
DISABILITY INSURANCE :
SPECIALISTS, LLC, :
:
      Defendants. :

## ORDER

**AND NOW, THIS 17TH DAY OF JUNE, 2021**, for the reasons set forth in this Court's accompanying memorandum opinion, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 36), Plaintiff's objections thereto (Doc. 38), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections are **OVERRULED** for the reasons set forth in this Court's memorandum opinion.

2. The R&R is **ADOPTED** for the reasons set forth therein and in this Court's memorandum opinion.

3. Defendant Encore Unlimited, LLC's Motion to Dismiss (Doc. 27) is **GRANTED**. Count IV of Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff may file a Second Amended Complaint within **21 days** of the date of this Order.

5. The Court having dismissed Count IV without prejudice and allowed Plaintiff to file a Second Amended Complaint, the deadline for the filing of dispositive motions is extended and all potentially dispositive motions shall be filed no later **August 6, 2021**.

Robert D. Mariani
United States District Judge